IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HASSAN MARTIN** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:23cv1219 |
| ) | **Electronic Filing** |
| **FAYETTE COUNTY**, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

Plaintiff Hassan Martin ("Martin" or "Plaintiff") commenced this prisoner civil rights action on or about July 5, 2023.  The Complaint was accompanied by a motion for leave to proceed *in forma pauperis* in lieu of the filing fee (ECF No. 1).  The case was referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Local Rules of Court 72.C and 72.D.

The Magistrate Judge's Report and Recommendation (ECF No. 5) filed on October 17, 2023, recommended that the claims against multiple defendants at the Fayette County Prison be dismissed for failure to prosecute in accordance with the Court's orders and Rule 41 of the Federal Rules of Civil Procedure.  The parties were informed that objections to the Report and Recommendation were due by November 3, 2023.  No objections have been filed.

 After review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

AND NOW, this 27th day of December, 2023,

IT IS HEREBY ORDERED that the [1] Complaint is dismissed without prejudice.  The [5] Report and Recommendation of Magistrate Judge Kelly dated October 17, 2023, is adopted

as the opinion of the Court.

s/David Stewart Cercone  
David Stewart Cercone  
Senior United States District Judge

cc: Hassan Martin
     2023-0667
     Fayette County Prison
     12 Court Street
     Uniontown, PA 15401

     (*Sent Via First Class Mail*)